UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES HOWELL,

    Plaintiff,

v.

                                Case No. 1:24-cv-883

STEPHEN REYNOLDS,

                                Hon. Hala Y. Jarbou

    Defendant.
_____/

## ORDER

On October 6, 2025, Magistrate Judge Phillip J. Green issued a report and recommendation (R&R) that Defendant's summary judgment motion (ECF No. 13) be granted and this suit dismissed (ECF No. 16). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on October 20. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 16) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment (ECF No. 13) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court declines to certify that an appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

A judgment will issue in accordance with this Order.

Dated: November 4, 2025                       /s/ Hala Y. Jarbou
                                                          HALA Y. JARBOU
                                                          CHIEF UNITED STATES DISTRICT JUDGE